ATTACHED SHEET (CRIMINAL COMPLAINT)
JUDGE MAYFIELD

1. VINCENT ROSENBALM                                1/5/08
2. 2100 NAPA VALLEJO HIGHWAY units 5/6
3. NAPA, CALIFORNIA 94558
4.
5. UNITED STATES DISTRICT COURT
6. NORTHERN DISTRICT OF CALIFORNIA
7.
8. UNITED STATES OF AMERICA  )  CRIMINAL COMPLAINT
9.              V.           )      CV 08 0279 SI
10. JUDGE CINDEE MAYFIELD     )  CASE NO:
11. MENDOCINO SUPERIOR COURT  )
12. 100 NORTH STATE STREET    )                    (PR)
13. UKIAH, CALIFORNIA 95482   )
14.
15. 3) I ASK THE COURT FOR A SUMMARY JUDGMENT
16. OF $1000 PER DAY EVERYDAY I AM ILLEGALLY
17. IMPRISONED FOR THIS VIOLATION. I BELIEVE
18. HUNDREDS OF OTHER CRIMES HAVE BEEN
19. COMMITTED AGAINST ME FOR MY
20. ILLEGALLY IMPRISONMENT AND I PRAY
21. FOR MEDIATION TO SETTLE THIS CASE.
22. REFUSING TO ANSWER A HABEAS CORPUS
23. WRIT FROM OCTOBER 23, 2006 TO JANUARY 5
24. 2008 IS A SERIOUS OFFENSE! UNDER THE
25. PENALTY OF PERJURY THIS IS TRUE AND CORRECT
26. TO THE BEST OF MY KNOWLEDGE.
27.                              VINCENT ROSENBALM
28.                              Vincent Rosenbalm
                                 1/5/08

�AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

_NORTHERN_ DISTRICT OF _CALIFORNIA_

UNITED STATES OF AMERICA
V.

JUDGE CINDEE MAYFIELD
MENDOCINO SUPERIOR COURT
100 NORTH STATE STREET
UKIAH, CALIFORNIA 95482
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about _October 23, 2006_ in _MENDOCINO_ County, in the _NORTHERN_ District of _CALIFORNIA_ defendant(s) did,
(Track Statutory Language of Offense)

1) take A HABEAS CORPUS WRIT AND ADVISE ME IT MUST BE ANSWERED IN 60 DAYS. OVER ONE YEAR LATER THAT WRIT HAS NOT BEEN ANSWERED

in violation of Title __18__ United States Code, Section(s) __242__.

I further state that I am ~~a(n)~~ _VINCENT ROSENBALM_ and that this complaint is based on the following facts:
Official Title

2) DEPRIVATION OF RIGHTS, to witness ARTICLE I SECTION 9 OF THE U.S. CONSTITUTION IS ONE VIOLATION AND AMENDMENT XIV SECTION 1 IS THE DENIAL OF DUE PROCESS WHICH IS WHAT HAPPENED DENYING ME HABEAS CORPUS

Continued on the attached sheet and made a part of this complaint:  ☒ Yes   ☐ No

_Vincent Rosenbalm_
Signature of Complainant

VINCENT ROSENBALM
Printed Name of Complainant

Sworn to before one and signed in my presence,

_____ at _____
Date                                                                                  City                                State

_____      _____
Name of Judge          Title of Judge                Signature of Judge

*AO91 (Rev. 12/03) Criminal Complaint*         CHAMbers

# UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF  CALIFORNIA

UNITED STATES OF AMERICA
V.

JUDGE CINDEE MAYFIELD
MENDOCINO SUPERIOR COURT
100 NORTH STATE STREET
UKIAH, CALIFORNIA 95482
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about October 23, 2006 in MENDOCINO County, in the NORTHERN District of CALIFORNIA defendant(s) did,

*(Track Statutory Language of Offense)*

1) take A HABEAS CORPUS WRit AND ADVISE ME it MUST BE ANSWERED IN 60 DAYS. OVER ONE YEAR LATER THAT WRit HAS NOT BEEN ANSWERED

in violation of Title  18  United States Code, Section(s)  242 .

I further state that I am ~~a~~) VINCENT ROSENBALM  and that this complaint is based on the following facts:
                          Official Title

2) DEPRIVATION OF RIGHTS, to witNESS ARTICLE I SECTION 9 OF THE U.S. CONSTITUTION is ONE VIOLATION AND AMENDMENT XIV SECTION 1 is THE DENIAL OF DUE PROCESS WHICH is WHAT HAPPENED DENYING ME HABEAS CORPUS

Continued on the attached sheet and made a part of this complaint: ☑ Yes  ☐ No

*Vincent Rosenbalm*
Signature of Complainant

VINCENT ROSENBALM
Printed Name of Complainant

Sworn to before me and signed in my presence,

_____   at   _____
Date                                 City           State

_____        _____
Name of Judge    Title of Judge    Signature of Judge

CHAMBERS

☆AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

NORTHERN _____ DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

JUDGE CINDEE MAYFIELD
MENDOCINO SUPERIOR COURT
100 NORTH STATE Street
UKIAH, CALIFORNIA 95482
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about October 23, 2006 in MENDOCINO County, in the NORTHERN District of CALIFORNIA defendant(s) did,

*(Track Statutory Language of Offense)*

1) take A HABEAS CORPUS Writ AND ADVISE ME it MUST BE ANSWERED IN 60 DAYS. OVER ONE YEAR LATER THAT WRIT HAS NOT BEEN ANSWERED

in violation of Title __18__ United States Code, Section(s) __242__.

I further state that I am ~~a~~) VINCENT ROSENBALM and that this complaint is based on the following facts:
Official Title

2) DEPRIVATION OF RIGHTS, to WITNESS ARTICLE I SECTION 9 OF THE U.S. CONSTITUTION IS ONE VIOLATION AND AMENDMENT XIV SECTION 1 IS THE DENIAL OF DUE PROCESS WHICH IS WHAT HAPPENED DENYING ME HABEAS CORPUS

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

_Vincent Rosenbalm_
Signature of Complainant

VINCENT ROSENBALM
Printed Name of Complainant

Sworn to before me and signed in my presence,

_____ at _____
Date                                                             City                    State

_____     _____
Name of Judge     Title of Judge                                Signature of Judge