AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **CALIFORNIA**

UNITED STATES OF AMERICA
V.

DOCTOR DOUGLAS ROSOFF
MENDOCINO COUNTY MENTAL HEALTH
850 BUSH Street
UKIAH, CALIFORNIA 95482

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **November 6, 2006** in **MENDOCINO** County, in the **NORTHERN** District of **CALIFORNIA** defendant(s) did,

(Track Statutory Language of Offense) **FILE A FALSE DOCTORS REPORT, I BELIEVE HE COMMITTED PERJURY TO ILLEGALLY IMPRISON ME**

in violation of Title **18** United States Code, Section(s) **242**.

I further state that I am a(n) **professional golfer** and that this complaint is based on the following facts: **VIOLATION OF THE 14th AMENDMENT OF THE U.S. CONSTITUTION. I AM ASKING FOR A SUMMARY JUDGMENT OF $5 MILLION DOLLARS**

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

*Vincent Rosenbaum*
Signature of Complainant

VINCENT ROSENBACM
Printed Name of Complainant

Sworn to before me and signed in my presence,

_____ at _____
Date                         City        State

_____    _____
Name of Judge  Title of Judge   Signature of Judge

STATE AND CONSUMER SERVICES AGENCY                                   ARNOLD SCHWARZENEGGER, Governor



**MEDICAL BOARD OF CALIFORNIA**
CENTRAL COMPLAINT UNIT
1426 HOWE AVE, SUITE 54
SACRAMENTO CA 95825-3236
TELEPHONE: (916) 263-2424
FAX: (916) 263-2435



www.mbc.ca.gov

August 6, 2007

VINCENT ROSENBALM
2100 NAPA VALLEJO HIGHWAY, UNIT 5
NAPA, CA 94558

Dear Mr./Ms. VINCENT ROSENBALM:

Regarding: DOUGLAS ROSOFF

Control Number: 12 2007185429

The Medical Board of California has completed its review of your recent correspondence.

The Medical Board of California is only authorized to take action against those individuals licensed by the Medical Board of California. Inasmuch as your complaint concerns a doctor licensed by the Osteopathic Medical Board of California, I am forwarding your complaint information to the address shown below for any action they may deem appropriate.

The Osteopathic Medical Board licenses doctors of osteopathic medicine (D.O.). It also approves schools of osteopathy and enforces regulations governing osteopathic physicians/surgeons. (Allopathic physicians, M.D., are licensed and governed by the Medical Board of California.)

Thank you for contacting the Medical Board of California. I regret we are unable to be of further assistance in this matter.

Sincerely,

PORTER BALANZA
Central Complaint Unit


cc: Osteopathic Medical Board of California
    2720 Gateway Oaks, Suite 350
    Sacramento, CA 95833
    (916) 263-3100

U.S. DISTRICT COURT

08 279 SI

## PROOF OF MAIL SERVICE

I AM VINCENT ROSENBALM AND I declare I AM over 18 years of age and AN AMERICAN CITIZEN.

ON JANUARY 7, 2008 I DELIVERED THE WITHIN

1) CRIMINAL COMPLAINT (ROSOFF)

BY PLACING A SEALED ENVELOPE IN THE NAPA STATE Hospital Mail

ADDRESSED TO:

COURT CLERK: RICHARD WIEKING
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

FROM: VINCENT ROSENBALM
2100 NAPA VALLEJO HWY unit 5/6
NAPA, CA 94558

UNDER THE PENALTY OF PERJURY THIS IS TRUE AND CORRECT to THE BEST OF MY KNOWLEDGE.

Vincent Rosenbalm
1/7/08