08 279 SI

DECLARATION OF SERVICE BY U.S. MAIL

I AM VINCENT ROSENBALM I AM A UNITED STATES CITIZEN AND OVER 18 years of age.

ON JANUARY 7, 2008 I served the within

1) U.S. DISTRICT COURT (3 CRIMINAL COMPLAINTS, 3 ATTACHMENTS
2) JUDGE MAYFIELD (1 CRIMINAL COMPLAINT, 1 ATTACHMENT)

BY PLACING A SEALED ENVELOPE IN THE NAPA STATE HOSPITAL Mail ADDRESSED

1) JUDGE CINDEE MAYFIELD
   SUPERIOR COURT
   100 N. STATE STREET
   UKIAH, CA 95482

2) COURT CLERK: MR WIEKING
   U.S. DISTRICT COURT
   450 GOLDEN GATE AVE
   SAN FRANCISCO, CA 94102

FROM: VINCENT ROSENBALM
      NAPA STATE HOSPITAL
      2100 NAPA VALLEJO HWY Unit 5/6
      NAPA, CA 94558

UNDER THE PENALTY OF PERJURY THIS IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

VINCENT ROSENBALM
Vincent Rosenbalm
1/5/08

FILED
JAN 23 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA