DATED 1/28/08 VINCENT ROSENBALM unit 5/6

FILED

Case Number: CV08 0279 SI (pr)

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **VINCENT ROSENBALM** for the last six months
[prisoner name]
**NAPA STATE Hospital** where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **19.30** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **12.50**.

Dated: 1/30/08

_Laura Harris_
[Authorized officer of the institution]

-5-

**CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

2/4/2008  
2:25:58PM

**NAPA STATE HOSPITAL**  
**TRUST ACCOUNT / CASHIERS' SYSTEM II**  
Patient Ledger Report

Page 1 of 1

2069375   ROSENBALM, VINCENT

| # | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 08/25/2007 | 18-075179 | AB1013 Funds | $12.50 Receipts | | $12.50 | $17.50 |
| 2 | 08/27/2007 | 13-153936 | Cash Disbursement | cl v158 | $12.50 | | $5.00 |
| 3 | 09/24/2007 | 18-075238 | AB1013 Funds | $12.50 Receipts | | $12.50 | $17.50 |
| 4 | 09/24/2007 | 13-154124 | Cash Disbursement | cl v234 | $12.50 | | $5.00 |
| 5 | 10/22/2007 | 13-154338 | Cash Disbursement | cashlist v-314 | $5.00 | | $0.00 |
| 6 | 10/24/2007 | 18-075321 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 7 | 10/29/2007 | 13-154384 | Cash Disbursement | cl v337 | $12.50 | | $0.00 |
| 8 | 11/23/2007 | 18-75407 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 9 | 11/26/2007 | 13-154581 | Cash Disbursement | Cashlist V-400 | $12.50 | | $0.00 |
| 10 | 12/03/2007 | 16-75436 | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200 | BLOOMINGTON IN 47403 | | $3.25 | $3.25 |
| 11 | 12/11/2007 | 16-75478 | CCK-UNKNOWN SENDER | CCK-UNKNOWN SENDER | | $50.00 | $53.25 |
| 12 | 12/17/2007 | 13-154774 | Cash Disbursement | cl v463 | $33.25 | | $20.00 |
| 13 | 12/24/2007 | 13-154828 | Cash Disbursement | cl v485 | $10.00 | | $10.00 |
| 14 | 01/04/2008 | 13-154914 | Misc Disbursement | NSH-COPY CARD V518 | $10.00 | | $0.00 |
| 15 | 01/22/2008 | 18-075585 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 16 | 01/28/2008 | 13-155104 | Cash Disbursement | cl v580 | $12.50 | | $0.00 |

**TOTAL WITHDRAWLS / DEPOSITS:**                                             $120.75     $115.75

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 08    0279

JAN 16 2008

Dear Sir or Madam:

✓ Your complaint has been filed as civil case number _____ (PR)

✓ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✓ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk
ROSENBALM

rev. 10/25/07

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.    Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

**B.    Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.

IFP APPLI.-PRISONER (Rev. 4/06)

ALL ESTIMATES
DUE TO DENIAL OF RIGHTS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED States of AMERICA<br>Plaintiff, | CASE NO. CVC8 0279 si pr |
| vs. | **PRISONER'S**<br>**APPLICATION TO PROCEED**<br>**IN FORMA PAUPERIS** |
| JUDGE CINDEE MAYFIELD<br>Defendant. | |

I, Vincent Rosenbaum, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.) Approx SEPTEMBER, OCTOBER
4  HOME CARE OPTIONS SANTA ROSA, CA   2006
5  3000 Aprox FULLtimE MONtH   ADDRESS UNKNOWN
6  1500 Approx Part Time
7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9   a. Business, Profession or          Yes ✓ No ___
10     self employment
11  b. Income from stocks, bonds,       Yes ___ No ✓
12     or royalties?
13  c. Rent payments?                   Yes ___ No ✓
14  d. Pensions, annuities, or          Yes ___ No ✓
15     life insurance payments?
16  e. Federal or State welfare payments, Yes ✓ No ___
17     Social Security or other govern-
18     ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  yes - NAPA StAte Hospital Welfare  12.50 monthly
22  yes - AUtHOR HOUSE PUBLISHING sale of book 3.25
23  3. Are you married?                 Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a. List amount you contribute to your spouse's support: $_____

1    b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5          _____ JDR (16) _____
6          _____
7  5.    Do you own or are you buying a home?         Yes ___  No ✔
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile? (2)               Yes ✔  No ___
10 Make 92-93 SUBARU Year 92-93 Model Legacy
11 Is it financed? Yes ____ No ✔ If so, Total due: $ 0
12 Monthly Payment: $ 0
13 7.    Do you have a bank account? Yes ___ No ✔ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✔ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ✔ No ___
20     Personal Property Approx $10,000 - 15,000
21 8.    What are your monthly expenses?
22 Rent: $ 0                       Utilities: 0
23 Food: $ 0                       Clothing: 0
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 ____0____                $ ___0___                $ ___0___
27 _____                 $ _____                $ _____
28 _____                 $ _____                $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                -3-

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

School Loans        Aprox $5-10,000
Credit Cart Bills   $5-10,000

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2/5/08                    Vincent Rosenbalm
DATE                      SIGNATURE OF APPLICANT

ESTIMATES ?

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 4 -

PROOF OF MAIL DELIVERY    2/5/08

I am Vincent Rosenbalm and I am an American citizen over 18 years of age!

On February 5, 2008 I served the within

1) Prisoners Application to Proceed in Forma Pauperis

2) 2 Trust Account Forms

By placing a sealed envelope in the Napa State Hospital mail

ADDRESSED
TO  COURT CLERK: RICHARD WIEKING
    U.S. DISTRICT COURT
    450 GOLDEN GATE AVE
    SAN FRANCISCO, CA 94102

FROM  VINCENT ROSENBALM
      NAPA STATE HOSPITAL
      2100 NAPA VALLEJO HWY unit 5/6
      NAPA, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm
2/5/08