1  VINCENT ROSENBALM                                    2/6/08
2  2100 NAPA VALLEJO HIGHWAY UNIT 5/6
3  NAPA, CALIFORNIA  94558
4            UNITED STATES DISTRICT COURT
5           NORTHERN DISTRICT OF CALIFORNIA
6  VINCENT ROSENBALM  }  CASE NUMBER: C07-4197 SI pr
7           V         }  CASE NUMBER CV08 0279 SI pr
8  ED FOULK           }  MENDOCINO COUNTY SUPERIOR COURT
                         CASE NUMBER: MCUKCRCR 06-74005
9          DECLARATION FOR (2) CASE(S)
10   OF FAILURE TO ANSWER HABEAS (MAYFIELD)
11   I, THE UNDERSIGNED DO DECLARE THE FOLLOWING
12  IS TRUE AND CORRECT TO THE BEST OF MY
13  KNOWLEDGE. I FILED FOR APPEAL ON OR ABOUT
14  JANUARY 17, 2007 OF MENDOCINO SUPERIOR COURT
15  CASE MCUKCRCR 06-74005 TO THE COURT OF
16  APPEAL CASE NUMBER A116597 WHO APPOINTED
17  ATTORNEY JULIA SPIKES WHO SENT ME THE
18  COPY OF THE DISCOVERY SHE HAD, BOTH
19  OCTOBER 23, 2006 AND NOVEMBER 13, 2006
20  HABEAS CORPUS DISAPPEARED FROM THE
21  DISCOVERY AND WERE NEVER ANSWERED.
22  THIS VIOLATES THE 1ST AMENDMENT
23  OF THE U.S. CONSTITUTION. I HAVE
24  SINCE FIRED JULIA SPIKES BECAUSE
25  SHE REFUSES TO COME TALK TO ME
26  AND FILE MUCH NEEDED MOTIONS.
27                            VINCENT ROSENBALM
28                            Vincent Rosenbalm
                              2/6/08