1. VINCENT ROSENBALM                           2/12/08
2. 2100 NAPA VALLEJO HIGHWAY unit 5/6
3. NAPA, CALIFORNIA 94558
4.     UNITED STATES DISTRICT COURT
5.   NORTHERN DISTRICT OF CALIFORNIA
6. UNITED STATES OF America
7.    V                    CASE NUMBER
8. JUDGE CINDEE MAYFIELD      CV08  0279 SI (pr)
9. MENDOCINO SUPERIOR COURT
10.   MOTION FOR NOTICE OF STIPULATION
11.     to SHORTEN TIME AND DECLARATION
12. 1) I VINCENT ROSENBALM MOVE THIS COURT
13. to SHORTEN TIME FOR THIS MATTER
14. to BE HEARD. THE REASONS BEHIND THIS
15. ARE FIRST AND FOREMOST I BELIEVE I HAVE
16. BEEN ILLEGALLY IMPRISONED ALMOST 1 YEAR
17. AND A HALF; ON AND OFF ILLEGALLY. SECOND
18. REASON WHEN FIRST ARRESTED BY UKIAH POLICE
19. IN SEPTEMBER 2006, THEY STOLE
20. MY MASTERS DEGREE SCHOOLWORK AND
21. I HAD TO DROP MY MBA PROGRAM AT BAKER
22. COLLEGE IN FLINT, MICHIGAN. I WISH TO
23. START A EMBA IN STOCKTON, CALIFORNIA
24. ON APRIL 19, 2008 AND HOPE TO SOON
25. PUT AN END TO THIS ILLEGAL IMP-
26. RISONMENT. THIS 15 MONTH PROGRAM
27. IS WITH CALIFORNIA STATE UNIVERSITY.
28. MY HOPE IS THE COURT CONSIDERS THIS

CONTINUED page 2

AS A SERIOUS NEED TO SHORTEN TIME.

2) ANOTHER REASON TO SHORTEN TIME IS THAT 120 DAYS IS SOON COMING FOR THE U.S. DISTRICT COURT TO STOP THIS MALICIOUS PROSECUTION AND ANSWER MY HABEAS CORPUS. I BELIEVE THEY HAVE ENOUGH INFORMATION TO STOP THIS ILLEGAL DETENTION. THIS CASE WILL PROVE HABEAS CORPUS IS A MAJOR PART OF OUR CONSTITUTION.

3) UNDER THE PENALTY OF PERJURY THIS IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

VINCENT ROSENBAUM
x Vincent Rosenbalm
2/11/08
JUDGE CINDEE MAYFIELD
x

4) PURSUANT TO STIPULATION, IT IS SO ORDERED FOR JUDGE MAYFIELD TO SHOW CAUSE WHY SHE FAILED TO ANSWER MY HABEAS CORPUS WRITS AND WHY THE WRITS WERE EXCLUDED FROM DISCOVERY UPON APPEAL IN JANUARY 2007.

PROOF OF MAIL DELIVERY        2/12/08

I am Vincent Rosenbalm an American citizen over 18 years of age.

ON FEB 12, 2008 I served the within

1) motion for Notice of stipulation

By placing a sealed envelope in the Napa State Hospital Mail Addressed TO

1) JUDGE CINDEE MAYFIELD    2) COURT CLERK: RICHARD WIEKING
   MENDOCINO COURTHOUSE       U.S. DISTRICT COURT
   100 NORTH State Street       450 Golden Gate Ave
   UKIAH, CA 95482             SAN FRANCISCO, CA 94102

From
Vincent Rosenbalm
2100 NAPA VALLEJO HWY unit 5/6
NAPA, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm
2/12/08

VINCENT ROSENBAUM
2100 NAPA VALLEJO HWY UNIT S/6
NAPA, CA 94558

LEGAL MAIL

COURT CLERK: RICHARD W. WIEKING
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102